MORTENSEN'S CARPETS, INC.
30538 Union City Blvd.
Union City, California 94545

August 5, 2009

**RECEIVED**
AUG 7 2009
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California

United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**
AUG 10 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: District Council v. Mortensen's Carpets, Inc.
U.S. District Court Case Number CV 09-02069 EMC
Case Management Conference – August 21, 2009, 2:30 p.m.

Dear Honorable Susan Illston:

I am Steve Mortensen, the sole officer, director and shareholder of Mortensen's Carpets, Inc., the defendant in the action referenced above. I have been diagnosed with malignant non-operable brain tumors, CNS Lymphoma, and have been undergoing chemotherapy. The adverse side effects of the chemotherapy preclude me from traveling or attending business or social functions outside of my home save and except visits to my physician for treatment.

The initial Case Management Conference before your Honor is scheduled in the above referenced case for Friday, August 21, 2009, at 2:30 p.m., and I will be having chemotherapy in the hospital beginning the week of August 18th. I respectfully request that the hearing be continued to September 25, 2009. By that time, I am hopeful that the side effects from my chemotherapy will be abated and I will be able to travel and attend to business matters

Respectfully submitted,

*Steve Mortensen*

Steve Mortensen, President
Mortensen's Carpets, Inc.

cc: Tracy Sutton, Deputy Clerk
Michele R. Stafford, Esq.

IT IS SO ORDERED
Susan Illston, Judge
8/10/09
Date

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DISTRICT COUNCIL et al,

    Plaintiff,

v.

MORTENSENS CARPETS INC et al,

    Defendant.

                                        /

Case Number: CV09-02069 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 10, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Mortensen
Mortensen's Carpets
30538 Union City Blvd.
Union City, CA 94545

Michele R. Stafford
Saltzman and Johnson Law Corporation
44 Montgomery Street
Suite 2110
San Francisco, CA 94104

Dated: August 10, 2009

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk