Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MORTENSEN'S CARPETS, INC., a California Corporation,<br><br>Defendant. | Case No.: C09-2069 SI<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date: November 20, 2009<br>Time: 2:30 p.m.<br>Courtroom: 10, 19th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br>Judge: Honorable Susan Illston |

Plaintiffs respectfully request that the Case Management Conference currently scheduled for November 20, 2009, at 2:30 p.m., be continued for approximately sixty to ninety (60-90) days, as follows:

1. A Complaint was filed in this action on May 12, 2009.

2. Plaintiffs prepared a Stipulated Judgment providing for a monthly payment plan for all amounts due, and Defendant began making payments. At that time, Defendant advised that there was no one able to sign the Stipulated Judgment as Steve Mortensen was being treated for cancer.

3. Shortly thereafter, Plaintiffs were advised that an audit was completed relative to Defendant's records, which found approximately $90,000.00 to be due. Plaintiffs amended the

-1-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C09-2069 SI

1. Stipulated Judgment and again sent it to Defendant for signature. Defendant advised that there was still no one to bind the company and additionally had stopped making payments.

   4. After multiple failed attempts by Plaintiffs to get Defendant to sign the Stipulated Judgment, Plaintiffs personally served the complaint and summons on Juan Garcia, who claimed to be in charge of Mortensen's Carpets, on September 3, 2009.

   5. Plaintiffs filed a Request for Entry of Default on September 30, 2009.

   6. On October 6, 2009, the Clerk declined our request for entry due to insufficient service on Defendant. The summons and complaint needed to be personally served on Mr. Steven Mortensen, or sub-served to someone in the company. Mr. Mortensen had passed away.

   7. On October 8, 2009, a copy of the complaint and summons were sent to Mr. Juan Garcia, and an amended proof of service was filed on October 9, 2009.

   8. Defendant has until November 7, 2009 to file an answer to the complaint.

   9. Plaintiffs request that the Case Management Conference be continued for 60-90 days to allow Defendant an opportunity to file an answer to the complaint. If an answer is not filed, then Plaintiffs will file another Request for Entry of Default, and ultimately a Motion for Default Judgment.

   I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true to the best of my knowledge and belief.

   Executed this 4th day of October, 2009 at San Francisco, California.

                               SALTZMAN & JOHNSON
                               LAW CORPORATION


                               By:      _____/s/_____
                                        Michele R. Stafford
                                        Attorneys for Plaintiffs

IT IS SO ORDERED.

   The Case Management Conference in this action is hereby continued to 2/26/10 @ 2:30 p.m.

Dated: _____         _____
                                    United States District Court Judge

-2-
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C09-2069 SI

P:\CLIENTS\FLRCL\Mortensen's Carpet\Pleadings\C09-2069 SI - Req to Continue CMC 110409.doc

|     |                                                                                   |
| --- | --------------------------------------------------------------------------------- |
| 1   | PROOF OF SERVICE                                                                  |
| 2   | I, the undersigned, declare:                                                      |
| 3   | I am a citizen of the United States and am employed in the County of San Francisco, State |
| 4   | of California.  I am over the age of eighteen and not a party to this action.  My business address is |
| 5   | 44 Montgomery Street, Suite 2110, San Francisco, California 94104.                |
| 6   | On November 5, 2009, I served the following document(s):                          |
| 7   | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**                                |
| 8   | on the interested parties in said action by <u>First Class U.S. Mail</u> by placing a true and exact copy of |
| 9   | each document in a sealed envelope with postage thereon fully prepaid, in a United States Post |
| 10  | Office box in San Francisco, California, addressed as follows:                    |
| 11  | **Mortensen's Carpets, Inc.**                                                     |
| 12  | **30538 Union City Blvd.**<br>**Union City, California 94587**                    |
| 13  | I declare under penalty of perjury that the foregoing is true and correct and that this |
| 14  | declaration was executed on this 5th day of November, 2009, at San Francisco, California. |
| 15  |                                                                                   |
| 16  | _____/s/_____<br>Qui X. Lu                                       |

-1-
**PROOF OF SERVICE**
**Case No.: C09-2069 SI**

P:\CLIENTS\FLRCL\Mortensen's Carpet\Pleadings\C09-2069 SI - Req to Continue CMC 110409.doc