Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

*Submitting counsel are directed to serve this order upon all other non-efiling parties in this action.*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE TRUST FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MORTENSEN'S CARPETS, INC., a California Corporation,<br><br>Defendant. | Case No.: C09-2069 SI<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Date:        February 26, 2010<br>Time:        2:30 p.m.<br>Courtroom:   10, 19th Floor<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102<br>Judge:       Honorable Susan Illston |

Plaintiffs respectfully request that the Case Management Conference currently scheduled for February 26, 2010, at 2:30 p.m., be continued for approximately sixty to ninety (60-90) days, as follows:

    1.    A Complaint was filed by Plaintiffs in this matter on May 12, 2009.

    2.    Defendant did not answer or otherwise appear in this action. After numerous requests (both initial, and amended) for entry of default, the Clerk finally entered Default against Defendant on February 5, 2010.

    3.    Plaintiffs are preparing a Motion for Default Judgment, which will be filed within the next 7 days. Accordingly, Plaintiffs request that the Case Management Conference be continued for 60-90 days to allow the Motion to be filed and heard.

1 | I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above
2 | entitled action, and that the foregoing is true and correct.
3 | Executed this 18th day of February, 2010 at San Francisco, California.

```
                                          SALTZMAN & JOHNSON
                                           LAWCORPORATION

                                    By:    _____/s/_____
                                           Blake E. Williams
                                           Attorneys for Plaintiffs
```

IT IS SO ORDERED.

The Case Management Conference in this action is hereby continued to __May 14, 2010__.

Dated: _____        _____Susan Illston_____
                                      United States District Court Judge

-2-
**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C09-2069 SI**

PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On February 18, 2010, I served the following document(s):

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

on the interested parties in said action by <u>First Class U.S. Mail</u> by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

**Shirley Figgins
Mortensen's Carpets, Inc.
42 Moss Pointe
Alameda, California 94502**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 18th day of February, 2010, at San Francisco, California.

_____/S/_____
Vanessa de Fábrega

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No.: C09-2069 SI**

P:\CLIENTS\FLRCL\Mortensen's Carpet\Pleadings\C09-2069 SI - Req to Continue CMC 021810.doc