**\*E-Filed 04/22/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA HEALTH AND WELFARE FUND, its JOINT BOARD OF TRUSTEES, and DOUG CHRISTOPHER as Trustee;

DISTRICT COUNCIL 16 NORTHERN CALIFORNIA APPRENTICE & JOURNEYMAN TRAINING TRUST FUND, and DOUG CHRISTOPHER as Trustee;

RESILIENT FLOOR COVERING PENSION FUND, its BOARD OF TRUSTEES, and STEVE HAVENS as Trustee;

CENTRAL COAST COUNTIES FLOOR COVERING INDUSTRY PENSION FUND, its BOARD OF TRUSTEES, and STEVE HAVENS as Trustee;

DISTRICT COUNCIL 16 of the INTERNATIONAL UNION OF PAINTERS AND ALLIED TRADES,

      Plaintiffs,
v.

No. C 09-02069 RS

**ORDER DENYING REQUEST FOR ENTRY OF DEFAULT JUDGMENT WITHOUT HEARING**

MORTENSEN'S CARPETS, INC., a
California Corporation,

        Defendant.

_____/

Plaintiffs' motion for default judgment, docket [34] in the above-captioned case, is currently scheduled to be heard on **May 6, 2010 at 1:30 p.m.** in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Plaintiffs have asked the Court to rule on the motion without a hearing. In order for the defendant to have a full opportunity to appear and litigate this action, plaintiffs' request will be denied.

IT IS SO ORDERED.

Dated: 04/22/2010

                RICHARD SEEBORG
                UNITED STATES DISTRICT JUDGE